UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>23-80064-cr-RS</u>

UNITED STATES OF AMERICA

vs.

FRANK STANZIONE,

     Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

The United States of America submits this list of potential witnesses who the Government may call in its case-in-chief. The United States requests leave to add witnesses as may be needed during trial and reserves its right to call, in rebuttal, witnesses who do not appear on this list.

1. Mr. Charles Lovett  2-20-2024
2. Special Agent Matthew Hurtig, U.S. Capitol Police  2-20-24

       Respectfully submitted,

       MARKENZY LAPOINTE
       UNITED STATES ATTORNEY

   By: <u>s/Mark Dispoto</u>
       MARK DISPOTO
       Assistant United States Attorney
       Court Id. No A5500143
       500 South Australian Avenue
       West Palm Beach, Florida 33401